**In re SOUTHERN PACIFIC FUNDING CORPORATION, Debtor.**

---

**Brenda A. Walker, Plaintiff–Appellant,**

v.

**Southern Pacific Funding Corporation, Claimant–Appellee,**

**and**

**Chicago Title Field Service, Incorporated, Defendant.**

**No. 00–2286.**

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2001.

Decided Feb. 22, 2001.

Brenda A. Walker, pro se. Michael Joshua Lichtenstein, Swidler, Berlin, Shereff & Friedman, L.L.P., Washington, DC, for appellee.

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Brenda A. Walker appeals from the district court's orders: (1) affirming the bankruptcy court's entry of default judgment against her and (2) denying her motion for reconsideration. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *Walker v. Southern Pacific Funding Corp.,* Nos. CA–99–3814–DKC; BK–99–1059 (D.Md. filed Aug. 21, 2000; entered Aug. 22, 2000; Sept. 19, 2000). In light of this disposition, we deny Walker's motion to remand.* We dispense with

---

* Chicago Title Field Service, Inc., has filed a request to dismiss a portion of appeal and to strike portions of Walker's informal brief.

Because Chicago Title Field Service, Inc., is not a party to this appeal in this court, we deny the request.